## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> EVAN H. SNAPPER, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. <br><br> 18 U.S.C. §§ 1001(a)(2) and 2 <br> (False Statements) |

### INFORMATION

The United States of America informs the Court that:

### COUNT ONE

[18 U.S.C. §§ 1001(a)(2) and 2 – False Statements]

1. From in or about March 2008, and continuing until in or about May 2008, within the District of Columbia and elsewhere, in a matter within the jurisdiction of a department and agency of the United States Government, to wit, the Federal Election Commission ("FEC"), the Defendant,

### EVAN H. SNAPPER,

knowingly and willfully caused the submission of a materially false, fictitious, and fraudulent statement and representation, in that **SNAPPER** caused the Hillary Clinton for President Committee unwittingly to file materially false reports with the FEC, which falsely showed that twenty-one (21) individuals known to **SNAPPER** had contributed $2,300 each to the Committee when, in truth and in fact, as **SNAPPER** well knew, the contributions were made by Person A.

(All in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.)

Dated: December 3, 2010                    Respectfully submitted,

                                           JACK SMITH
                                           Chief, Public Integrity Section

By:    _____
                                           DANIEL A. PETALAS
                                           EDWARD T. KANG
                                           Trial Attorneys
                                           United States Department of Justice
                                           Public Integrity Section
                                           1400 New York Ave. NW, 12th Floor
                                           Washington, DC  20005
                                           (202) 514-1412 – Telephone
                                           (202) 514-3003 – Facsimile
                                           Dan.Petalas@usdoj.gov
                                           Edward.Kang3@usdoj.gov