IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 1:10-CR-00325-PLF |
| | ) |
| EVAN H. SNAPPER | ) |

### Defendant's Motion to Travel Outside of his Probation District

The Defendant, Evan H. Snapper, moves this Court to enter an Order allowing him to travel outside the United States to Aruba. In support thereof, it is averred as follows:

1. Defendant Snapper was sentenced before Your Honor on June 29, 2011, to a term of probation of thirty-six (36) months and was placed on home confinement for a period of ninety (90) days. Defendant completed his period of home confinement and now is on probation.

2. At sentencing, the Court also authorized the transfer of Defendant's probation supervision, as well as jurisdiction of this case, to the U.S. Probation Office and the U.S. District Court for the District of Connecticut, respectively.

3. Although Defendant's probation supervision is now being handled by the U.S. Probation Office in the District of Connecticut, we have been advised by Mr. Snapper's U.S. Probation Officer, Kimberlee Gorton, that jurisdiction of this case has not been formally transferred to the U.S. District Court for the District of Connecticut. Therefore, this Court still has jurisdiction in this case.

4. Based on the foregoing, Defendant respectfully moves the Court for permission to travel outside of his probation district and the United States, specifically to travel to Aruba from February 23, 2012 through February 27, 2012, with his wife and children on a family vacation.

5. Defendant's U.S. Probation Officer for the District of Connecticut, Kimberlee Gorton, has informed Mr. Snapper that she has no objection to Mr. Snapper traveling outside of his probation district and the U.S. to attend this vacation with his family.

6. We have spoken to Daniel Petalas, one of the prosecutors in this case, and he has no objection to this motion.

WHEREFORE, the Defendant respectfully requests said motion be granted.

Respectfully submitted this January 20, 2012,

BY: *[signature]*
Evan T. Barr (Bar ID: 425971)
Steptoe & Johnson, LLP
1114 Avenue of the Americas
New York, NY 10036
(215) 506-3918
ebarr@steptoe.com

Counsel for Evan H. Snapper